# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TIMOTHY MOORE and JEAN MOORE,** Plaintiffs, | **CIVIL ACTION** |
| v. | |
| **COMBE INC.,** Defendant. | **NO. 22-320** |

## ORDER

**AND NOW**, this 25th day of October, 2023, upon consideration of Defendant's Motion to Exclude the Testimony of Lila Laux, Ph.D. (ECF Nos. 51, 53) and Plaintiffs' Opposition thereto (ECF No. 52), **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

**BY THE COURT:**

/s/Wendy Beetlestone, J.

**WENDY BEETLESTONE, J.**